Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741
Telephone  (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| CHARLES R. ALLEN | ) | CASE NO.:  17-bk-01283-SHG |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR | ) | |

**NOTICE OF INTENT TO DISMISS CASE FOR**
**FAILURE TO CONFIRM CHAPTER 13 PLAN OF REORGANIZATION**

**NOTICE IS HEREBY GIVEN**, that an Order Dismissing Case for Failure to Confirm will be filed with the court without further notice, thirty-five (35) days (30 days to object, plus 5 days to allow for mailing and docket transmission) from the date of this notice unless one of the following occurs:

1) A properly noticed, proposed, Stipulated Order Confirming Chapter 13 Plan has been received by the Trustee;

2) A properly noticed motion to extend time to file a Stipulated Order Confirming Chapter 13 Plan has been docketed by the Bankruptcy Court or;

3) A properly noticed motion or notice of conversion to another chapter has been filed with the court.

Dated: 06/08/2018

/s/  Dianne C. Kerns  011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

CASE NO.: 17-bk-01283-SHG

A Copy of the foregoing was lodged with the U.S. Bankruptcy Court electronically, and mailed first class on June 08, 2018 to:

CHARLES R. ALLEN
3796 E PAINTED TORTOISE ST
TUCSON, AZ 85706


Submitted by Stefanie Altuna