Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741
Telephone  (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDINGS |
| CHARLES R. ALLEN | CASE NO.: 17-bk-01283-SHG |
| | **NOTICE OF LODGING ORDER DISMISSING CASE** |
| DEBTOR | |

Dianne C. Kerns, the Trustee in the above-captioned estate, hereby gives notice that an order dismissing this case has been lodged in compliance with Local Rules of Bankruptcy Procedure Rule 2084-10 (b).

Dated: 8/3/2018            /s/  Dianne C. Kerns  011557
                           Dianne C. Kerns, Esq.
                           Chapter 13 Trustee

Copy of the foregoing lodged with U.S. Bankruptcy Court and mailed this: 8/3/2018

CHARLES R. ALLEN
3796 E PAINTED TORTOISE ST
TUCSON, AZ  85706

By Stefanie Altuna

# Exhibit

Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| CHARLES R. ALLEN | ) | CASE NO.: 17-bk-01283-SHG |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR | ) | |

**ORDER DISMISSING CASE FOR FAILURE
TO CONFIRM CHAPTER 13 PLAN OF REORGANIZATION**

The Trustee having notified the Bankruptcy Court, Debtor's Attorney and the Debtor of her intent to dismiss the above-captioned case, the Court finds cause for dismissing the case pursuant to 11 U.S.C. Section 1307(c)(1) as the Debtor has failed to provide the Trustee with:

**A Stipulated Order Confirming the Chapter 13 Plan.**

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Bankruptcy Noticing Center will give notice of the dismissal to all creditors,

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve the reinstatement of the case, the matter may be set for hearing upon the Debtor's motion. The Court may set a hearing on the Debtor's motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

CASE NO.: 17-bk-01283-SHG

(C) Pursuant to 28 U.S.C. 586 (e)(2), the Trustee shall be paid her percentage fee from all payments received from the Debtor;

(D) After payment of the Trustee's percentage fee, the Trustee will retain the Debtor's funds pending Court approval of the payment of administrative expenses to the Debtor's attorney. If the Debtor's Chapter 13 Plan contains an Application for the Payment of Administrative Expenses to the Debtor's attorney and no party filed an objection to the Application, then the Debtor's attorney may lodge an Order approving the Application within ten days from the Court entering this Dismissal Order to file a separate fee application;

(E) If the Court has entered a payroll deduction order of the Debtor's wages, then such order is vacated.

Dated: 8/3/2018              /s/ Dianne C. Kerns  011557
                             Dianne C. Kerns, Esq.
                             Chapter 13 Trustee

SIGNED AND DATED ABOVE

Submitted By Stefanie Altuna